[No. 68759-0-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL SHANE CATES, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 10-1-02208-7, Linda C. Krese, J., entered May 4, 2012. *Affirmed* by unpublished opinion per Lau, J., concurred in by Becker and Cox, JJ.

[No. 68807-3-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK CURTIS HUDSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01286-3, LeRoy McCullough, J., entered April 27, 2012. *Affirmed in part* and *reversed in part* by unpublished opinion per Appelwick, J., concurred in by Leach, C.J., and Spearman, J.

[No. 68849-9-I.   Division One.   January 21, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL MATHISON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04439-6, Michael J. Fox, J. Pro Tem., entered May 18, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Appelwick, JJ.

[No. 69031-1-I.   Division One.   January 21, 2014.]

*In the Matter of the Marriage of* SHELLEY GOLARD MIDKIFF, *Respondent*, and STEVEN LINVEL MIDKIFF, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-3-02102-9, Suzanne M. Barnett, J., entered April 26, 2012. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Dwyer, JJ.